IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON ANN COCHRAN                                                                                    PLAINTIFF

vs.                                             Case No. 1:23-cv-01079

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                                         DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that the decision of the Administrative Law Judge be affirmed. *Id.* No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and this case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 10th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge